# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**MICHAEL DWIGHT PORRAS**                                                **PLAINTIFF**

**NO. 3:17CV00230-MPM-JMV**

**COMMISSIONER OF SOCIAL SECURITY**                             **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon consideration of the record of this case, the Court finds that the Report and Recommendation ("R&R") of the United States Magistrate Judge dated March 28, 2018, was on that date duly filed and the parties notified; that more than fourteen days have elapsed since notice of said R&R; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the R&R should be approved and adopted as the opinion of the Court.

It is, therefore, **ORDERED:**

1. That the R&R of the United States Magistrate Judge dated March 28, 2018, is, hereby, approved and adopted as the opinion of the Court, and that the proposed findings of fact and conclusions of law therein set out be, and are, hereby, adopted as the findings of fact and conclusions of law of the Court.

2. That Plaintiff's Motion to Dismiss [15] is granted, and this case is dismissed pursuant to Rule 41(a)(2) of the *Federal Rules of Civil Procedure*.

This, the 13th day of April, 2018.

                                                 **/s/ MICHAEL P. MILLS**
                                                 **UNITED STATES DISTRICT JUDGE**
                                                 **NORTHERN DISTRICT OF MISSISSIPPI**